**Malik MUMIT, Appellant,**

v.

**Larry NORRIS, Director, Arkansas Department of Correction, Appellee.**

No. 00–4062.

United States Court of Appeals, Eighth Circuit.

Submitted May 30, 2001.

Filed June 4, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Malik Mumit appeals the district court's[1] dismissal with prejudice of his 28 U.S.C. § 2254 petition. Viewing the evidence in the light most favorable to the

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

verdict, we conclude that the Arkansas Court of Appeals' determination that there was sufficient evidence as to each element of Ark.Code Ann. § 5–13–201(a)(7) (Michie 1997) was neither contrary to nor an unreasonable application of clearly established federal law as determined by the Supreme Court. *See Copeland v. Washington,* 232 F.3d 969, 973, 976–77 (8th Cir. 2000), *cert. denied,* 2001 WL 243390 (U.S. May 14, 2001) (No. 00–8754).

Accordingly, we affirm the judgment of the district court.